Patrick M. Flatley
United States Bankruptcy Judge
Dated: Wednesday, April 17, 2013 1:51:50 PM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:
ROBERT WAYNE MORAN
TARA JAYANTI JOSHI-MORAN
    Debtors.

CASE NO. 08-00801
CHAPTER 13

## AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

This day came the trustee and the debtor by counsel, and represented to the Court that the parties have an agreement to resolve the trustee's motion to dismiss in the instant case.

The debtor shall cure the arrearage in the amount of **$1,147.66** including the **March 2013** payment as follows: Beginning with the April 2013 payment, the debtor proposes to pay the regular monthly payment of $573.89 per month through the end of the plan, which will be extended for 2 months.

It is hereby ORDERED that the Trustee's Motion to Dismiss for Failure to Make Plan Payments filed January 2, 2013 is resolved. It is further

ORDERED to the extent that the debtors are not current on plan payments, they shall be deemed current as of the entry of this Order.

Prepared by:

_____
Helen M. Morris, Trustee
State Bar No 2637
Susan Cannon-Ryan, Staff Attorney
State Bar No. 619
P.O. Box 8535
South Charleston, WV 25303
(304) 744-6730

Approved by:

_____
D. CONRAD GALL
State Bar No. 4984
3497 Fairmont Avenue, Suite 2
Fairmont, WV 26554
(304) 363-5632